IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHIQUITA L. FRIESON, | * |
| | * |
|    Plaintiff, | * |
| | * |
| vs. | *   CIVIL ACTION 06-00295-WS-B |
| | * |
| MICHAEL J. ASTRUE, | * |
| Commissioner of Social Security, | * |
| | * |
|    Defendant. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated April 25, 2007, is **ADOPTED** as the opinion of this Court. The decision of the Commissioner of Social Security denying Plaintiff's claim for disability insurance benefits and supplemental security income is **AFFIRMED.**

DONE and ORDERED this 5th day of June, 2007.

                                            s/WILLIAM H. STEELE
                                            UNITED STATES DISTRICT JUDGE