IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **SHIQUITA L. FRIESON,** | * |
| Plaintiff, | * |
| vs. | * CIVIL ACTION 06-00295-WS-B |
| **MICHAEL J. ASTRUE,** | * |
| **Commissioner of Social Security,** | * |
| Defendant. | * |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED,** **ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff's claim for disability insurance benefits and supplemental security income be **AFFIRMED.**

DONE and ORDERED this 5th day of June, 2007.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE